**Order entered October 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01170-CR

**OYESOLA O. BELLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-71298-M**

## ORDER

We **GRANT** Deputy Court Reporter Janessa Thornell's September 28, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **SIXTY DAYS** from the date of this order.

The clerk's record has not been filed and is now overdue. We **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Deputy Court Reporter Janessa Thornell, Dallas County District Clerk Felicia Pitre, and the Dallas County District Clerk, Criminal Records Division.

/s/    LANA MYERS
       JUSTICE